Case 2:17-cr-00053-JS-ARL   Document 134   Filed 11/09/22   Page 1 of 4 PageID #: 627

Criminal Trial Minute Entry (rev. Jun-22 (elr))                                                        Page 1 of 4

# UNITED STATES DISTRICT COURT
## Eastern District of New York

United States of America  
      - v -  
Lorraine Pilitz, aka Lorraine Christie

Presiding Judge: **Joanna Seybert, Senior U.S.D.J.**  
Case No(s).: **17-cr-0053-JS-ARL**  
Date: **11/9/2022**  
Time in Court: **9:45 (2 hrs.)**

## MINUTE ENTRY FOR A CRIMINAL TRIAL

### I. APPEARANCES:

Defendant (#  **1**  ): **Lorraine Pilitz, aka Lorraine Christie**  
☒ Present ☐ Not Present ☐ In Custody ☒ On Bond/Supervised  
Counsel: **Bruce Barket and Matthew Keller**  
☒ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (#____): _____  
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond/Supervised  
Counsel: _____  
☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (#____): _____  
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond/Supervised  
Counsel: _____  
☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (#____): _____  
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond/Supervised  
Counsel: _____  
☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Government: **Burton Ryan, Jr. and Adam Toporovsky**  
Pretrial/Probation: _____  
Interpreter: _____ Language: _____  
Court Reporter: **L. Schmid**  
FTR Time: _____  
Courtroom Deputy: **Eric L. Russo**

☐ See Additional Appearances page.

### II. PROCEEDINGS HELD:
☐ Bond Hearing  
☐ Detention Hearing  
☐ Jury Selection (*Voir Dire*)  
☐ Jury Trial  
☒ Jury Deliberations  

☐ Other: _____

### III. PROCEEDINGS SUMMARY:
☐ Jury Selection (*Voir Dire*) held.
- ☐ The prospective jurors were sworn and given preliminary instructions by the Court.
- ☐ The prospective jurors were asked questions touching upon their qualifications to serve as jurors.
- ☐ _____ moved for a Batson Challenge as to Juror _____.
  - ☐ The parties presented their oral arguments to the Court.
  - ☐ The motion was ☐ granted, the juror was excused; ☐ denied.
- ☐ A jury of _____, with _____ alternates, were selected and are satisfactory to all parties.
  - ☐ The Court ordered the jury to be ☐ anonymous; ☐ sequestered; ☐ semi-sequestered.
- ☐ The selected jurors were sworn as trial jurors.
- ☐ See below Section V for additional details and/or rulings.

Case 2:17-cr-00053-JS-ARL   Document 134   Filed 11/09/22   Page 2 of 4 PageID #: 628

Criminal Trial Minute Entry (rev. Jun-22 (elr)) Page 2 of 4

- ☐ Jury Trial held.
    - ☐ The selected jurors were sworn as trial jurors.
    - ☐ The jurors were given preliminary instructions by the Court.
    - ☐ Opening statements were heard ☐ from the Government; ☐ from the defendant(s).
    - ☐ Witness(es) were called ☐ for the Government; ☐ for the defendant(s).
    - ☐ Exhibit(s) were entered into evidence.
    - ☐ The Government rested.
    - ☐ The defendant(s) rested.
    - ☐ Charge Conference was held.
    - ☐ Summations were heard ☐ from the Government; ☐ from the defendant(s).
    - ☐ The Court charged the jury.
    - ☐ See below Section V for additional details and/or rulings.

- ☒ Jury Deliberations held.
    - ☒ The U.S. Marshal/Court Security Officer was sworn to monitor the jurors during deliberations.
    - ☒ Jury Notes were received and marked as Court Exhibits.
    - ☐ The Court instructed the jury to continue their deliberations pursuant to Allen v. United States (*Allen Charge*).
    - ☒ The jury rendered the following verdict:
        - ☒ **GUILTY** on count(s)/charges(s): **1rss, 2rs, and 3rss - 5rss** as to Defendant **1**.
        - ☐ _____ on count(s)/charges(s): _____ as to Defendant _____.
        - ☐ _____ on count(s)/charges(s): _____ as to Defendant _____.
        - ☐ _____ on count(s)/charges(s): _____ as to Defendant _____.
    - ☒ The jurors were polled as to their verdict.
    - ☒ The Verdict Sheet was received and marked as a Court Exhibit.
    - ☒ The jurors, including alternates, were excused with the thanks of the Court.
    - ☒ The Conviction Notification Form was executed and sent to the U.S. Probation Department.
    - ☒ **Defendant** moved for:
        - ☒ Mistrial/New Trial.
        - ☒ Judgment of Acquittal.
        - ☐ _____.
    - ☐ The parties presented their oral arguments to the Court.
    - ☐ The motion was ☐ granted; ☐ denied; ☐ granted, in part, and denied, in part.
    - ☐ The Court's decision ☐ was entered on the record; ☐ will be entered under a separate order; ☐ was reserved.
    - ☐ Leave to file post-trial motion(s).
    - ☒ The following briefing schedule was set:
        - ☒ **Defendant's** Motion due by: **12/9/2022**.
        - ☒ **Government's** Response due by: **12/19/2022**.
        - ☒ **Defendant's** Reply due by: **1/6/2022**.
        - ☐ _____ due by: _____.
    - ☐ The parties were directed to file a proposed briefing schedule for court approval on or before _____.
    - ☐ The parties agreed to file fully briefed motion(s) on or before _____.
- ☒ See Section V for additional details and/or rulings.

Case 2:17-cr-00053-JS-ARL   Document 134   Filed 11/09/22   Page 3 of 4 PageID #: 629

Criminal Trial Minute Entry (rev. Jun-22 (elr))                                                                                                        Page 3 of 4

**IV. RULINGS MADE REGARDING DEFENDANT RELEASE STATUS:**

- ☐ Bond Hearing/Detention Hearing held.
    - ☐ The bond application/modification was granted as to Defendant _____.
        - ☐ An Order Setting Conditions of Release and Bond was executed as to Defendant _____.
        - ☐ The conditions of release were modified as stated on the record as to Defendant _____.
            - ☐ An amended Order Setting Conditions of Release and Bond was executed as to Defendant _____.
    - ☐ The bond application/modification was denied as to Defendant _____.
    - ☐ The Government moved for immediate detention of Defendant _____.
        - ☐ The motion was ☐ granted; ☐ denied; ☐ granted, in part, and denied, in part.
        - ☐ An Order of Detention was executed as to Defendant _____.
        - ☐ An amended Order Setting Conditions of Release and Bond was executed as to Defendant _____.
    - ☐ The decision regarding the bond or detention application was reserved.
        - ☐ An Order Scheduling a Detention Hearing was executed as to Defendant _____.
        - ☐ A temporary Order Setting Conditions of Release and Bond was executed as to Defendant _____.
    - ☐ See Section V for additional details and/or rulings.

- ☐ Defendant _____ remain(s) in custody.

- ☐ A Medical Evaluation Order was executed as to Defendant _____.

- ☒ Defendant ____1____ remain(s) on bond.

- ☐ Defendant _____, being found not guilty on all counts/charges, shall be released forthwith, pending the appropriate release procedures by the U.S. Marshals Service, Bureau of Prisons, and/or the facility(ies) in which the defendant(s) resides.

Case 2:17-cr-00053-JS-ARL   Document 134   Filed 11/09/22   Page 4 of 4 PageID #: 630

Criminal Trial Minute Entry (rev. Jun-22 (elr))                                                                                          Page 4 of 4

## V. OTHER RULINGS MADE DURING THE PROCEEDINGS:

☒ Other:

- Additional arguments presented to the jury by the parties regarding the forfeiture allegation.

- The Court charged the jury regarding the forfeiture allegation.

- Jurors rendered their verdict regarding the forfeiture allegation.

## VI. FURTHER PROCEEDINGS SET:

☒ No further conferences or hearings have been set at this time.
☐ Bond Hearing: _____ at _____ before Judge _____, as to Defendant _____.
☐ Detention Hearing: _____ at _____ before Judge _____, as to Defendant _____.
☐ Jury Deliberations: _____ at _____.
☐ Jury Selection: _____ at _____ before Judge _____, as to Defendant _____.
☐ Jury Trial: _____ at _____ before Judge _____, as to Defendant _____.
☐ Motion Hearing: _____ at _____ before Judge _____, as to Defendant _____.
☐ Sentencing: _____ at _____ before Judge _____, as to Defendant _____.
  ☐ Parties directed to file their sentencing memorandums by _____.
☐ Status Conference: _____ at _____ before Judge _____, as to Defendant _____.
☐ Other instructions regarding the proceedings set: