```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA,

         -against-

LORRAINE PILITZ aka LORRAINE
CHRISTIE aka LORRAINE STORMS,

                    Defendant.
------------------------------X
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 09 2022 ★

LONG ISLAND OFFICE

17-CR-0053(JS)(ARL)

## SPECIAL VERDICT FORM - FORFEITURE

We, the Jury, return the following Special Verdict:

Did the Government prove by a preponderance of the evidence that the following property was involved in the defendant's structuring offense, or is traceable to property that was involved in the defendant's structuring offense?

   1. All right, title and interest in the real property located at 295 East Montauk Highway, Lindenhurst, New York

       __✓__ Yes          _____ No

COURT EXHIBIT
6
17-cr-53

2. All right, title and interest in United States Currency in the amount of ten thousand nine hundred and seventy-two dollars and eighty-five cents ($10,972.85), more or less, seized on May 5, 2014 from JPMorgan Chase Bank account number ending in 5384, held in the name Lorraine Pilitz

__✓__ Yes    _____ No

3. All right, title and interest in United States Currency in the amount of twenty thousand four hundred thirty-three dollars and sixty-nine cents ($20,433.69), more or less, seized on May 5, 2014 from JPMorgan Chase Bank account number ending in 0872 held in the name Virginia Christie Carpio

__✓__ Yes    _____ No

4. All right, title and interest in United States Currency in the amount of twenty-eight thousand two hundred two dollars and sixty cents ($28,202.60), more or less, seized on May 5, 2014 from JPMorgan Chase Bank account number ending in 1478 held in the name Diane Christie

__✓__ Yes    _____ No

Dated this __9__ day of __November__, 2022.


FOREPERSON

2