

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FR:BGK:MMO
F. #2016R01560

*610 Federal Plaza*
*Central Islip, New York 11722*

November 22, 2022

By ECF
The Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Lorraine Pilitz
               Criminal Docket No. 17-CR-053

Dear Judge Seybert:

      Enclosed please find a proposed Preliminary Order of Forfeiture (the "Preliminary Order") in the above-captioned case, as to the defendant, Lorraine Pilitz, who was found guilty at a jury trial before Your Honor on November 9, 2022. The government respectfully requests that the Court "so order" and enter the enclosed Preliminary Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/
      Madeline O'Connor
      Assistant U.S. Attorney
      (631) 715- 7870

Encl.: Preliminary Order of Forfeiture
cc:     Counsel of Record (by ECF)